**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6782**

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

   v.

LISA BARRETT,

         Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:14-cr-00137-RBS-RJK-3)

Submitted:  October 23, 2018                 Decided:  October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lisa Barrett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Barrett appeals the district court's order denying her motion for reconsideration of her criminal sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barrett*, No. 2:14-cr-00137-RBS-RJK-3 (E.D. Va. June 14, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*